**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramiro Rocha, | No. CV-19-00346-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

Upon Stipulated Motion to Supplement Protective Order [Doc. 50], and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that the Stipulated Motion to Supplement Protective Order [Doc. 50] is GRANTED

**IT IS FURTHER ORDERED** that the United States of America may disclose documents and information related to the subject matter of this action and protected by the Privacy Act of 1974, 5 U.S.C. § 552a, including records of witness statements, under the Protective Order [Doc. 10] previously entered in this action.

Dated this 29th day of June, 2020.

_____
Honorable David C. Bury
United States District Judge